# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————

No. 1D2022-0868

—————————————

T.D.G.,

    Appellant,

    v.

DEPARTMENT OF AGRICULTURE
AND CONSUMER SERVICES,
DIVISION OF LICENSING,

    Appellee.

—————————————

On appeal from the Department of Agriculture and Consumer
Services.
Stephen D. Hurm, Director.

June 5, 2024

PER CURIAM.

DISMISSED as moot. *See* § 790.06(11)(a), Fla. Stat. ("A license
may not be renewed 180 days or more after its expiration date, and
such a license is deemed to be permanently expired.").

LEWIS, BILBREY, and LONG, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---

Rory K. Rohan and John Lance Armstrong, West Palm Beach, for Appellant.

Steven L. Hall, General Counsel, and Nina L. Moody, Senior Attorney, Department of Agriculture and Consumer Services Division of Licensing, Tallahassee, for Appellee.